UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
------------------------------------------------------------------------x
Yuliya Bulanov

                               Plaintiff,

    -v.-

Stellar Recovery, Inc.

                               Defendant.
------------------------------------------------------------------------x

Civil Action No: _____

**COMPLAINT**

Plaintiff Yuliya Bulanov ("Plaintiff" or "Bulanov") by and through her attorneys, as and for its Complaint against Defendant Stellar Recovery, Inc. ("Defendant" or "Stellar") respectfully sets forth, complains and alleges, upon information and belief, the following:

## INTRODUCTION/PRELIMINARY STATEMENT

1. Plaintiff brings this action for damages and declaratory and injunctive relief arising from the Defendant's violation(s) of section 1692 et. seq. of Title 15 of the United States Code, commonly referred to as the Fair Debt Collections Practices Act ("FDCPA").

## PARTIES

2. Plaintiff is a resident of the State of Washington, County of King, residing at 5203 Highland Drive, SE, Auburn, WA 98092.

3. Defendant is a debt collector with an address at 1327 Highway 2 W., Suite 100, Kalispell, MT, 59901-3413.

4. Stellar Recovery, Inc. is a "debt collector" as the phrase is defined in 15 U.S.C. § 1692(a)(6) and used in the FDCPA.

## JURISDICTION AND VENUE

5. The Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1331, as well as 15 U.S.C. § 1692 et. seq. and 28 U.S.C. § 2201. If applicable, the Court also has pendant jurisdiction over the State law claims in this action pursuant to 28 U.S.C. § 1367(a).

6. Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391(b)(2).

## FACTUAL ALLEGATIONS

7. Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully state herein with the same force and effect as if the same were set forth at length herein.

8. On information and belief, on a date better known to Defendant, Defendant began collection activities on an alleged consumer debt from the Plaintiff ("Alleged Debt").

9. This debt was incurred as a financial obligation that was primarily for personal, family or household purposes and is therefore a "debt" as that term is defined by 15 U.S.C. § 1692a(5).

10. On or around September 12, 2014, Defendant sent Plaintiff a collection letter that included collection costs for paying by credit card, debit card, or check over the phone.

11. Plaintiff did not agree to such a collection charge and a collection fee for paying in such a way, exceeds any reasonable costs of collection for this account.

12. Furthermore the letter intentionally solicits the consumer to pay in this manner by stating "If payment has not been made and no dispute currently exists, you may pay by credit card."

13. The addition of this collection fee by Defendant, which was not authorized by the agreement creating the debt or permitted by law, was an attempt to collect an amount not owed by Plaintiff and a violation of numerous and multiple provisions of the FDCPA, including but not limited to 15 U.S.C. §§ 1692e, 1692e(5), 1692e(10), 1692f, and 1692f(1).

14. As a result of Defendant's deceptive, misleading and unfair debt collection practices, Plaintiff has been damaged.

## FIRST CAUSE OF ACTION
**(Violations of the FDCPA)**

15. Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully state herein with the same force and effect as if the same were set forth at length herein.

16. Defendant's debt collection efforts attempted and/or directed towards Plaintiff violate various provisions of the FDCPA, including but not limited to 15 U.S.C. §§ 1692e, 1692e(5), 1692e(10), 1692f, and 1692f(1).

17. As a result of the Defendant's violations of the FDCPA, Plaintiff has been damaged and is entitled to damages in accordance with the FDCPA.

**PRAYER FOR RELIEF**

**WHEREFORE**, Plaintiff Yuliya Bulanov demands judgment from the Defendant Stellar Recovery, Inc., as follows:

a) For actual damages provided and pursuant to 15 U.S.C. § 1692k(a)1;

b) For statutory damages provided and pursuant to 15 U.S.C. § 1692k(2)(A);

c) For attorney fees and costs provided and pursuant to 15 U.S.C. § 1692k(a)(3);

d) A declaration that the Defendant's practices violated the FDCPA; and

e) For any such other and further relief, as well as further costs, expenses and disbursements of this action as this Court may deem just and proper.

Dated: September 1, 2015

/s/Marina Dzhamilova Esq.
Marina Dzhamilova Esq.
Law Offices of Marina Dzhamilova
6628 212st SW ste 206
Lynwood, WA, 98036
Phone: 206-850-3202
mdzhamilova@hotmail.com

Send Additional Correspondence:
Yaakov Saks
RC Law Group
285 Passaic Street
Hackensack, NJ, 07601
201-282-6500 ext 101
ysaks@rclawgroup.com