**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| YULIYA BULANOV,<br><br>                    Plaintiff,<br><br>        v.<br><br>STELLAR RECOVERY, INC.,<br><br>                    Defendant. | No. 2:15 cv 01397 JCC<br><br>STIPULATION AND ORDER OF DISMISSAL |

**STIPULATION**

The parties in this case, through their attorneys, stipulate and agree that this action should be dismissed with prejudice pursuant to Fed. R. Civ. P 41(a)(I)(A)(ii).  The parties request that the status conference scheduled for January 5, 2016 be canceled.

Dated: January 5, 2016

SIMBURG KETTER SHEPPARD
& PURDY, LLP


By: */s/ Andrew D. Shafer*
Andrew D. Shafer, WSBA No. 9405
Attorney for Defendant
999 Third Avenue, Suite 2525

STIPULATION AND ORDER OF
DISMISSAL- 1
[Case No. 2:15-cv-01397]

SIMBURG, KETTER,
SHEPPARD & PURDY, LLP
999 THIRD AVENUE, SUITE 2525
SEATTLE, WASHINGTON 98104-4089
(206) 382-2600 FAX: (206) 223-3929

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

Seattle, Washington 98104
T: 206-382-2600
F: 206-223-3929
E: ashafer@sksp.com


LAW OFFICES OF MARINA
DZHAMILOVA, PLLC


By: */s/ Marina Dzhamilova*
Marina Dzhamilova, WSBA #37535
Attorney for Plaintiff
6628 212th Street SW, #206
Lynnwood, WA 98036
T: 425.563.6700
E: mdzhamilova@hotmail.com

STIPULATION AND ORDER OF
DISMISSAL- 2
[Case No. 2:15-cv-01397]

SIMBURG, KETTER,
SHEPPARD & PURDY, LLP
999 THIRD AVENUE, SUITE 2525
SEATTLE, WASHINGTON 98104-4089
(206) 382-2600 FAX: (206) 223-3929

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

## ORDER OF DISMISSAL

Pursuant to the foregoing Stipulation,  it is hereby ORDERED that the above-captioned case is dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

Dated this ___ day of January, 2016.

_____

John C. Coughenour
United States Judge

STIPULATION AND ORDER OF
DISMISSAL- 3
[Case No. 2:15-cv-01397]

SIMBURG, KETTER,
SHEPPARD & PURDY, LLP
999 THIRD AVENUE, SUITE 2525
SEATTLE, WASHINGTON 98104-4089
(206) 382-2600 FAX: (206) 223-3929